

4250 Lancaster Pike, Suite 230, Wilmington, DE 19805 tel (302) 234-8600 fax (302) 397-3930

**October 17, 2025**

**VIA ELECTRONIC MAIL**
The Honorable Sherry Fallon
J. Caleb Boggs Federal Building
844 N. King Street,
Unit 14, Room 6100
Wilmington, DE 19801

RE:   *Jason Gardner v. University of Delaware*,
C.A. No. 1:24-cv-00880-JLH-SRF

Dear Judge Fallon,

Pursuant to the Court's Oral Order dated August 4, 2025, the parties in the above captioned matter submit this joint status report.

The parties have reached resolution in mediation and are in the process of finalizing an agreement. They expect to file a stipulation of dismissal shortly thereafter.

If your Honor has any questions, counsel is available at the Court's convenience.

Respectfully submitted,

*/s/ Michele D. Allen*

Michele D. Allen, Esq.

cc:   James Taylor, Esq.
Jessica Jones, Esq.